UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKICE POYNTER,

        Plaintiff,

  v.

B. PETERSON, et al.,

        Defendants.

No. 2:21-cv-0012-EFB P

ORDER

Markice Poynter is a state prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned complaint and a certified trust account statement, without an accompanying application for leave to proceed in forma pauperis. ECF Nos. 1 & 2. Mr. Poynter has not properly commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because Mr. Poynter did not sign the complaint (ECF No. 1), it will be disregarded.

Within thirty days, Mr. Poynter may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Failure to comply with this order may result in an order closing this case. In addition, Mr. Poynter must pay the $402 filing

fee required by 28 U.S.C. § 1914(a) or submit a signed application for leave to proceed in forma pauperis. Until Mr. Poynter submits a signed complaint and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

Accordingly, it hereby is ORDERED that:

1. The Clerk of the Court shall send to Mr. Poynter the form complaint and application for leave to proceed in forma pauperis used in this court;

2. Within 30 days of the date of this order, Mr. Poynter shall either pay the $402 filing fee or submit a complete application for leave to proceed in forma pauperis; and

3. Within 30 days of the date of this order, Mr. Poynter shall submit a signed complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in this case being closed.

DATED: January 11, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE