UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKICE POYNTER, | No. 2:21-cv-0012-EFB P |
| Plaintiff, | |
| v. | ORDER |
| B. PETERSON, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. He seeks reconsideration of the court's March 5, 2021 screening order (ECF No. 8), which dismissed plaintiff's January 26, 2021 amended complaint (ECF No. 6) with leave to amend for failure to state a cognizable claim for relief. As explained below, plaintiff's motion is denied.

      On January 4, 2021, plaintiff commenced this action with a 17-page typed complaint that was accompanied by Exhibits A through E. ECF No. 1. On January 26, 2021, plaintiff filed an amended complaint that was 10-pages, handwritten and not accompanied by any exhibits. ECF No. 6. In seeking reconsideration of the dismissal of the latter complaint, plaintiff argues that his original complaint states cognizable claims for relief. ECF No. 12. The court's screening order, however, considered only plaintiff's amended complaint. This is because an amended complaint supersedes any earlier filed complaint, and once an amended complaint is filed, the earlier filed

complaint no longer serves any function in the case. *See Forsyth v. Humana*, 114 F.3d 1467, 1474 (9th Cir. 1997) (the "'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'") (quoting *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967)).

Having considered plaintiff's motion for reconsideration (ECF No. 12), the court's March 5, 2021 screening order (ECF No. 8), is CONFIRMED. The Clerk shall terminate ECF No. 12. If plaintiff wishes to proceed on his original complaint, he shall so notify the court within 30 days of the date of this order and the court thereafter will issue another screening order.

So ordered.

DATED: April 16, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE